[No. 32357-1-I.    Division One.    February 6, 1995.]

JONI MAYBERRY, *Respondent*, v. KARUM GROUP, INC., ET AL, *Defendants*, LARRY KATZ, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 90-2-00037-7, Michael F. Moynihan, J., entered February 24, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 31677-0-I.    Division One.    February 6, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON MAYCO ADAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-02324-1, Michael J. Fox, J., entered October 20, 1992. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Agid and Cox, JJ.

[No. 31673-7-I.    Division One.    February 6, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. HALFORD D. FISHER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-01668-7, Larry A. Jordan, J., entered October 23, 1992. *Affirmed* by unpublished opinion per Becker, J., concurred in by Pekelis, C.J., and Scholfield, J.